**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01047-CV

### ROBERT H. HOLMES, SR., Appellant

### V.

### GRAHAM MORTGAGE CORPORATION, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-05579-H**

## ORDER

We **DENY** appellant's motion to suspend appeal pending the Texas Supreme Court's decision in *Mehrdad Moayedi v. Interstate 35/Chisam Road, LP and Malachi Development Corporation*, 377 S.W.3d. 791 (Tex. App.-–Dallas 2012, pet. granted).

/s/      ELIZABETH LANG-MIERS
         JUSTICE